UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| PARIS PRESENTS INCORPORATED | ) | |
| | ) | |
| Plaintiff, | ) | Case Number: 1:16-cv-07802 |
| | ) | |
| vs. | ) | Judge: Honorable Robert M. Dow, Jr. |
| | ) | |
| LIFESTYLE PRODUCTS, LLC | ) | |
| | ) | |
| Defendant | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Paris Presents Incorporated and Lifestyle Products, LLC have reached a mutually satisfactory resolution of all issues between them that were the subject of this Action.

NOW, THEREFORE, the Parties jointly request and stipulate to the entry of an Order providing that:

1. The action in its entirety be dismissed with prejudice;

2. Each of the parties bear its own costs, expenses and attorneys' fees associated with the prosecution and defense of this Action; and

3. All unresolved pending motions in this Action between these settling parties be denied as moot.

Dated: August 16, 2017

Respectfully submitted:

/s/Lynn Rosenthal Mayer
Lynn Rosenthal Mayer (IL Bar No. 6182126)
PARIS PRESENTS INCORPORATED
3800 Swanson Court
Gurnee, Illinois 60031
Telephone: (847) 263-4107
lmayer@parispresents.com

/s/Curtis J. Ollila
/s/Kathleen Ryan
Curtis J. Ollila (CO Bar No. 32704) (pro hac vice)
Kathleen S. Ryan (CO Bar No. 28141) (pro hac vice)

The Ollila Law Group PC
2569 Park Lane Suite 202
Lafayette, Colorado 80026
Telephone: (303) 938-9999
kryan@olgip.com
collila@olgip.com

/s/Christopher Limpus
Christopher Limpus (pro hac vice)
Limpus + Limpus, PC
7723 Arlington Drive
Boulder Colorado 80303
Telephone: (303) 731-9540
chris@limpuslaw.com

Counsel for Plaintiff, Paris Presents Incorporated


/s/ Richard S. Stockton
Richard S. Stockton (Illinois Bar No. 6273109)
Banner & Witcoff, Ltd.
Ten South Wacker Drive, Suite 3000
Chicago, Illinois 60606-7407
Telephone: (312) 463-5000
rstockton@bannerwitcoff.com

*/s/*Katie Lynn Becker
Katie Lynn Becker
Banner & Witcoff, Ltd.
Ten South Wacker Drive, Suite 3000
Chicago, Illinois 60606-7407
Telephone: (312) 463-5000
kbecker@bannerwitcoff.com

Counsel for Defendant, Lifestyle Products, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August 2017, the foregoing document was served on counsel of record named below by electronic mail at the address listed below:

Richard S. Stockton (Illinois Bar No. 6273109)
Katie L. Becker (Illinois Bar No. 6292366)
BANNER & WITCOFF, LTD.
Ten South Wacker Drive, Suite 3000
Chicago, IL 60606-7407
Telephone: (312) 463-5000
rstockton@bannerwitcoff.com
kbecker@bannerwitcoff.com

                                              By: /s/ Lynn Rosenthal Mayer
                                              Lynn Rosenthal Mayer